IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00594-CMA-KLM

ALBERT VEIN INSTITUTE, P.C., a Colorado professional corporation, and
DR. JAMES D. ALBERT,

    Plaintiffs,

v.

ROCKY MOUNTAIN VEIN INSTITUTE PROFESSIONAL, LLC, a Colorado limited liability company doing business as The American Vein and Vascular Institute, doing business as AVVI doing business as AVVI Colorado Springs Clinic,
DR. GORDON F. GIBBS, an individual, and
ERIN GIBBS, an individual,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion for Leave to Excuse Dr. Gordon F. Gibbs and Vernon Smith from In-Person Attendance at the Settlement Conference Scheduled for July 23, 2015** [#25] (the "Motion").  Based on Defendants' assertion that Defendant Erin Gibbs shall be present in person and "will have the complete and unfettered capacity and authority to meet all terms which are demanded or sought by any opposing party against all Defendants in the case without consulting with some other person, committee, or agency,"

    IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**.  Defendant Gordon F. Gibbs and insurance adjuster Mr. Vernon Smith need not be present at the Settlement Conference set for July 23, 2015, at 1:30 p.m.

    Dated:  July 20, 2015