**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action 15-cv-000594-CMA-KLM

ALBERT VEIN INSTITUTE, P.C., a Colorado Professional Corporation,
and DR. JAMES D. ALBERT, an individual,

    Plaintiffs,

v.

ROCKY MOUNTAIN VEIN INSTITUTE, a Colorado Professional limited liability company d/b/a the AMERICAN VEIN AND VASCULAR INSTITUTE,
DR. GORDON F. GIBBS, an individual, and
ERIN GIBBS, an individual,

    Defendants.

_____

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

This matter comes before the Court on the parties' joint Stipulation for Dismissal with Prejudice. (Doc. # 30.) The Court, having reviewed the instant Stipulation, hereby ORDERS that the Stipulation is GRANTED. It is

FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney fees.

DATED:  July 30, 2015

                                                    BY THE COURT:

                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge